# EXHIBIT A



Excellence in Clipping — poly-clip SYSTEM

**Company:** Butter Emporium LLC
**Salesman:** Robert Arreola
**Contract#:** 24163RA
**Date:** May 7, 2024

## SALES AGREEMENT

<u>Poly-clip System, LLC / FCA 80 (S/N: 1270/22)</u>

*Total Price (USD): $121,422.50*

ONE HUNDRED TWENTY-ONE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS AND FIFTY CENTS

**Standard Machine Features:**
- For products 38-160mm in diameter (depending on casing type)
- Automatic clip size and die recognition
- Tool free quick-change system of die
- Safety casing brake with handguard
- Linear voiding separator
- Selectable spreading (26, 30, 36, or 44mm)
- Manually adjustable overspreading up to 100mm
- Fixed clipping head
- Pneumatic knife
- Fixed casing brake holder
- Easy height adjustment
- Easy to maneuver on 4 wheels (2 stop lock wheels)
- For R-ID clip: M, L, XL

**Options Included:**
- Swivel horn (60mm)
- Casing break park for swivel horn
- Conveyor belt double-lane (700mm)
- Ball-joint stuffer connection
- Casing end switch
- Installation and training included

**Selectable:**
- 1 Punch, 3 dies, 4 filling horns, 4 casing brakes, and 1 stuffer connection cable

**Specify with Order (customer to complete after order):**
- Electrical requirements.
- Make and model of stuffer to which **FCA 80** will be connected.
- Verify that stuffer has built-in portion control.
- Samples of all casings to be used must be sent to Mundelein, IL office for clip sizing.
- Product specifications including casing type, target stuff diameter, target length and target weight of all products produced.

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 1 of 8



Excellence in Clipping — poly-clip SYSTEM

**Company:** Butter Emporium LLC
**Salesman:** Robert Arreola
**Contract#:** 24163RA
**Date:** May 7, 2024

## SALES AGREEMENT

**Terms:**
- 6-month warranty
- All freight is F.O.B. Mundelein, IL.
- Quote is valid for 30 days. This replaces all previously quoted prices.
- Installation and training included.

**Payment Terms:**
- 50% At time of order
- 40% Prior to delivery
- 10% Net 10

**Delivery:**
- On site.

**Name (Print):** Gil shoshan

**Signature*:** _[signature]_

*By signing this document, you have agreed to abide by the Terms and Conditions attached.

**Company:** Butter Emporium

(For Internal Use)

**Date of Acceptance:** _____

**By:** _____

**Gil Williams**
President
Poly-clip System, LLC

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 2 of 8

**Excellence in Clipping** 

**Date:** May 7, 2024  
**Buyer:** Butter Emporium LLC  
**Buyer Contact:** Gil Shoshan  
**Poly-clip Salesperson:** Robert Arreola  

**Proposal No:** 24163RA  
**Order Acknowledgment No:**  
**Quote No:** 24163RA  

## POLY-CLIP SYSTEM, LLC SALES AGREEMENT
## STANDARD TERMS AND CONDITIONS

**1. Definitions:**
A. "Acceptance Testing" shall mean the demonstration of the equipment as specified in the test agreement.
B. "Common Carrier" shall mean any person who, in a contract of carriage, undertakes to perform or to procure the performance of transport by rail, road, air, sea, inland waterway or by a combination of such modes.
C. "Equipment" shall mean all equipment, and parts as specified in the Sales Quote.
D. "FOB" shall mean Delivery of Equipment to Poly-clip's facility. Buyer will bear all risks of loss or damage to the Equipment upon delivery to the carrier.
E. "Sales Quote" is meant to provide the bases for an offer by Buyer and not an offer to sell. If Buyer elects to respond to the Sales Quote with a Purchase Order or other offer to buy, then the following terms and conditions will be considered integrated therein.
F. "Services" shall mean installation work as specified on the sales quotation.
G. "Specifications" shall mean items as listed in the Sales Quote.
H. "UCC" shall mean the Uniform Commercial Code as in effect in the State of Illinois, as amended or restated.

**2. Controlling Terms:**
These terms and conditions govern this Sales Agreement ("Agreement"), inclusive of the Sales Quote. Any additional or different terms in any proposal, purchase, order, draft agreement, or form will be null and void and of no force or effect. This Agreement, made on this **7TH** day of **MAY, 2024** by and between **POLY-CLIP SYSTEM, LLC**, an Illinois limited liability company located in Mundelein, Illinois ("Seller" or "Poly-clip") and **BUTTER EMPORIUM LLC** with its principal place of business at **4141 GREENBRIAR DRIVE, STAFFORD, TX 77477** ("Buyer") for the purchase of the Equipment or Services as set forth in the Sales Quote. No modifications of these terms shall be binding on Poly-clip without its prior written consent. Acceptance of the Equipment constitutes Buyer's acceptance of the terms and conditions of this Agreement, notwithstanding usage of trade or course of dealing to the contrary.

**3. Sales Quote:**
Every Sales Quote intended for Buyer is subject to all the terms and conditions specified in this Agreement.

**4. Price, Late Payment:**
Price, as listed on Sales Quote (if applicable), does not include shipping costs or taxes and will be paid in U.S. Dollars, that are immediately available without set-off or counterclaim. Late payments will bear interest at the lesser of one percent or the highest rate allowed by law. If Poly-clip is required to place a claim for amounts past due from Buyer with an attorney for collection, Buyer will be liable for Poly-clip's reasonable attorneys' fees and costs.

**5. Taxes:**
All sales tax, use, excise, tariffs, gross receipts, or other taxes (other than taxes imposed on the net income of Poly-clip levied by the appropriate taxing authority with respect to the Equipment or Services provided to Buyer under this Agreement), shall be paid by Buyer and are Buyer's responsibility except as limited by law.

**6. Site, Utilities, Permits:**
Buyer is responsible for site selection and condition, including adequate flooring, drainage, HVAC, lighting, and utility connections, and for any electricity, steam

Poly-clip System, LLC  
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.  
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815  
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 3 of 8



Excellence in Clipping

gas, compressed air, water or other services required for proper installation and operation of the Equipment. Buyer will obtain any permits, licenses, or approvals required by any governmental code, regulation, or ordinance regarding the installation or use of the Equipment.

**7. Delivery, Risk of Loss:**
Delivery is FOB Poly-clip, in Mundelein, Illinois. At Buyer's request, Poly-clip will provide bracing, crating, and other protection and will arrange for shipment as Buyer's agent. Unless otherwise provided in this Agreement, Buyer will pay all shipping costs, insurance, and freight immediately upon presentation of verified invoices. Risk of loss or damage to the Equipment passes to Buyer upon delivery to the common carrier. Any stated delivery dates are approximate only and subject to change depending on the manufacturing requirements of the Equipment and availability of transport. Buyer waives and releases any claims against Poly-clip regarding delivery dates.

**8. Equipment Installation and Training:**
After delivery of the Equipment, Buyer and Poly-clip will schedule a mutually agreed time to install the Equipment subject to the availability of Poly-clip's service technicians. During the installation process, Poly-clip's service technician will spend approximately one-week with Buyer to train its operations, maintenance, and sanitation staff to operate the Equipment safely and effectively. Once the Equipment is installed and Buyer's staff have been trained, Buyer must execute a Handover Certificate. Notwithstanding anything to the contrary in this Agreement, if Buyer does not execute the Handover Certificate, Buyer authorizes Poly-clip to, and Poly-clip will, decommission the Equipment until such time as the Handover Certificate is executed. Buyer understands and accepts that the Equipment will not be usable following decommissioning. Failure of Buyer to execute the Handover Certificate will not entitle Buyer to any refund.

**9. Documentation:**
Poly-clip will provide Buyer with one complete set of documentation prepared by or available to Poly-clip regarding routine maintenance and operation of the Equipment. Buyer must execute a Handover Certificate certifying and confirming that Poly-clip has (i) explained all safety equipment, safety and cleaning requirements of the Equipment; (ii) explained the Equipment and how to operate it based on the Equipment's operation manual; and (iii) answered any and all questions Buyer has regarding the Equipment (the "Handover Certificate").

**10. Title, Security Interest:**
Title to the Equipment passes to Buyer upon final payment. Until payment in full of the price for the Equipment (or payment for any replacement parts or Services), Buyer hereby grants to Poly-clip a purchase money security interest in such Equipment, parts, proceeds, and accessories, to secure payment of such price. Buyer agrees that Poly-clip's security interest shall not exceed the greater of the actual balance remaining on this Agreement for Equipment. Poly-clip shall be entitled to file UCC Financing Statements or record this Agreement to reflect Poly-clip's security interest in the Equipment in all jurisdictions where the Equipment or Buyer may be located. Buyer will not encumber the Equipment with any mortgage, lien, pledge, or other attachment prior to payment in full of the price to Poly-clip.

**11. Software License:**
To the extent that the Equipment contains computer software products ("Licensed Products"), Poly-clip grants to Buyer a non-exclusive, non-transferable license to use the Licensed Products for Buyer's internal business purposes. Buyer will not download or reverse engineer or compile any Licensed Products and will not copy any Licensed Products except for backup purposes. Buyer will not in any way sub-license the Licensed Products or assign this license, in whole or in part, or otherwise to third parties. Buyer will take reasonable precautions to maintain the confidentiality of the Licensed Products at

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 4 of 8

**Excellence in Clipping**



least equal to those precautions that Buyer employs to protect its own proprietary information.

**12. Warranties:**

A. Warranty Period: Poly-clip warrants that it has good title to the Equipment and transfers same to Buyer free of any liens or encumbrances, subject to any obligations created by this Agreement. If the Equipment is found to be defective in material or workmanship for a period of six months from the date of installation (but no longer than the earlier of 9 months from the date of shipment FOB Mundelein or 1200 hours of operation, hereafter "Warranty Period"), then Poly-clip will repair or replace such defective component at its option and expense.

B. Limited Remedy: Buyer's sole and exclusive remedy for breach of these warranties, upon prior written notice to Poly-clip during the Warranty Period, is the repair or replacement, at Poly-clip's option and expense, of the defective Equipment. Poly-clip may also elect to return and refund the price the Equipment.

C. Equipment Resale: Poly-clip warranties extend only to Buyer and are not assignable to or assumable by any subsequent purchaser, in whole or in part, and any such attempted transfer shall render all warranties provided hereunder null and void and of no further force or effect.

D. Inspection: Poly-clip's warranty obligations depend on whether Poly-clip can inspect installation, operation, and routine maintenance of the Equipment during the Warranty Period at reasonable times and with reasonable notice to Buyer.

E. Production: Any production data or statistics regarding the Equipment, or any representations or descriptions regarding the Equipment contained in brochures, advertisements, or catalogs, are approximate only and are not guaranteed, and will not create any warranty or other obligation.

F. Exclusions: The warranties set forth above are inapplicable to and exclude any defect, damage, or malfunction resulting from (i) normal wear and tear, (ii) misuse, negligence, or modification of the Equipment or any component by Buyer or its agents, (iii) repair service provided by third parties, (iv) failure by Buyer to follow installation or operating manuals or instructions, (v) failure of parts or components or services not provided by Poly-clip, or (vi) any other cause outside Poly-clip's reasonable control.

THE WARRANTIES SET FORTH ABOVE ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO AN IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**13. Extended Maintenance/Buyer Support:**
Non-warranty support will be available to Buyer at Buyer site by Poly-clip. For all service, Buyer will pay Poly-clip's current hourly rate and all reasonable travel expenses to and from site and reasonable living expenses. Minimum service call is two hours plus expenses. All rates are subject to change on 30 days' notice to Buyer.

**14. Consequential Damages:**
Poly-clip will not be liable for and Buyer hereby waives and releases any claims against Poly-clip for any special, incidental, indirect, exemplary or consequential damages, including lost sales, revenues or profit, loss or return of damaged products, loss of facilities, inventory, work-in-process, or time and materials, or loss of prospective economic advantage, arising from any performance or failure to perform by Poly-clip or its employees or subcontractors under this Agreement, or from the breach of any warranty hereunder.

**15. Limitation of Liability:**
In no event will Poly-clip's liability for any failure of performance or other breach of this Agreement or of any warranty hereunder exceed the price paid by Buyer for the Equipment or Services and Buyer hereby waives and releases any claims against Poly-

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 5 of 8



**Excellence in Clipping**

clip in excess of such Equipment or Services price.

**16. Patent Indemnity:**
A. Copyright/Trademark: Poly-clip will defend, indemnify, and hold harmless Buyer from and against any and all liability, claims, suits, damages, judgments, costs, and expenses, including reasonable attorneys' fees, incurred by Buyer as a result of any claims that the Equipment or any component or documentation provided to Buyer by Poly-clip (collectively "Poly-clip Products") infringes any patent, copyright, trade secret, trademark or other proprietary right.

B. Buyer Cooperation: Buyer will notify Poly-clip of any such claim, suit, or demand promptly upon receiving notice thereof, and will provide Poly-clip with available information and cooperate in the defense of the claim. Poly-clip will defend or settle at its expense any and all such claims, including any settlement negotiations or appeals. If at any time Buyer's use of any Poly-clip Products is enjoined or restricted, Poly-clip may elect at its expense (i) to secure for Buyer the right to use of the Poly-clip Products, (ii) to replace the Poly-clip Products with another product reasonable acceptable to Buyer, or (iii) to accept return of the Poly-clip Products and refund to Buyer the then current fair market value of Poly-clip Products.

**17. Indemnification:**
Buyer will defend, indemnify, and hold harmless Poly-clip, its officers, employees, and agents (collectively "Poly-clip ") against and from any and all liability, claims, suits, judgments, damages, or costs (including reasonable attorneys' fees and expenses resulting from any claim, suit or demand by any third party) (including claims allegedly arising from the active or passive negligence of Buyer in connection therewith) for injuries to or deaths of person or loss of or damage to property arising out of (i) use of the Equipment by Buyer, (ii) use of facilities, services, materials, data or information not provided by Poly-clip, (iii) use of non-genuine, "knock-off" or "pirate" parts, or (iv) compliance by Poly-clip with any request or instruction by Buyer, except to the extent caused by the gross negligence or willful misconduct of Poly-clip. This indemnification will survive termination of this Agreement.

Poly-clip will defend, indemnify, and hold harmless Buyer, its officers, employees, and agents (collectively "Buyer") against and from any and all liability, claims, suits, judgments, damages, or costs (including reasonable attorneys' fees and expenses resulting from any claim, suit or demand by any third party) (including claims allegedly arising from the active or passive negligence of Poly-clip in connection therewith) for injuries to or deaths of person or loss of or damage to property arising out of use of the Equipment provided by Poly-clip in compliance with this Agreement. This indemnification will survive termination of this Agreement.

**18. Insurance:**
Buyer at its expenses will obtain and maintain in full force and effect comprehensive general liability of at least $1,000,000 per person/$5,000,000 per occurrence for public liability and $5,000,000 per occurrence for property damage. Such insurance will be endorsed to name Poly-clip as an additional insured to the extent of the risk of loss and indemnification obligations assumed by Buyer under this Agreement. Certificates evidencing such coverage will be provided to Poly-clip upon request.

Poly-clip at its expense will obtain and maintain in full force and effect comprehensive general liability of at least $1,000,000 per person/$10,000,000 per occurrence for public liability and $10,000,000 per occurrence for property damage. Such insurance will be endorsed to named Buyer as an additional insured to the extent of the risk of loss and indemnification obligations assumed by Poly-clip under this Agreement. Certificates evidencing such coverage will be provided to Buyer upon request.

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 6 of 8



**Excellence in Clipping**

**19. Force Majeure:**
Neither Poly-clip nor Buyer will be liable for delays in or suspension of performance (other than the obligation to pay for services rendered and goods sold and delivered) caused by acts of god or governmental authority, pandemics, epidemics, strikes or labor disputes, accident, flood fires or other loss of manufacturing facilities, lack of adequate fuel, power, raw, materials, labor, or transportation facilities, breach by suppliers of supply agreements, or any other cause, whether similar or dissimilar, beyond the reasonable control of either Poly-clip or Buyer.

**20. Publicity:**
Poly-clip may refer to Buyer as a Buyer reference in non-public dealings with potential buyers and financial concerns. Neither Poly-clip nor Buyer will refer to this Agreement or use the other's name in any form of publicity or advertising, either directly or indirectly, without the prior written consent of Poly-clip or Buyer.

**21. Proprietary Rights:**
Poly-clip retains all right, title, and interest in and to any improvement, invention, copyright, patent, trade secret or other intellectual property developed by Poly-clip under this Agreement ("Poly-clip Development"). No license is granted to Buyer regarding any Poly-clip Development and Buyer hereby waives a release and assigns to Poly-clip any right, title, or interest that Buyer may have to any Poly-clip Development.

**22. Governing Law:**
This Agreement shall be governed by the laws of the State of Illinois in the United States. Any disputes hereunder will be heard in the appropriate federal and state courts located in Lake County, State of Illinois.

**23. General:**
This Agreement may be amended only by written agreement of Poly-clip and Buyer, executed by their authorized representatives. Poly-clip may assign this Agreement to a parent, affiliate, or financial concern. This Agreement may not be otherwise assigned in whole or in part, and any such assignment will be void and of no force or effect. This Agreement will not create any right in or obligation to any third party. No wavier by Poly-clip or Buyer of any default or breach by the other will operate as or be deemed a waiver of any subsequent default or breach.

**24. Entirety of Agreement:**
This Agreement supersedes all prior oral or written representations, communications, or agreements between the Poly-clip and Buyer regarding the subject matter of this Agreement (including, without limitation, any purchase order or other form), and, together with any attachments, constitutes the final and entire understanding of the parties, regarding the subject matter of this Agreement.

**25. Severability:**
If any provision of this Agreement is held to be invalid or unenforceable under the laws of any jurisdiction, the provision shall be considered severable from this Agreement and the provision shall, in that jurisdiction, be deemed modified as required to conform with law, or, if not possible, be deemed deleted from this Agreement, and the remainder of this Agreement shall continue to be valid and binding.

**26. Succession:**
This Agreement shall be binding upon and inure to the benefit of the legal representatives, successors and permitted assignees of Poly-clip and Buyer.

**27. Headings:**
Headings are used in this Agreement for convenience only and shall not affect the construction or interpretation of this Agreement.

**28. Plural/Singular:**
Any term used in the plural shall, as appropriate, also contain the singular, and any term in the singular shall, as appropriate, also contain the plural.

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 7 of 8

**Excellence in Clipping**



**29. Notices:**
Any notice provided for in this Agreement shall be in writing and shall be either personally delivered, sent by reputable overnight courier service or emailed, to the recipient at the address for each party listed herein or such other address or to the attention of such other person as the recipient party shall have specified by prior written notice to the sending party. Any notice under this Agreement shall be deemed to have been given when so delivered, sent, or mailed.

Poly-clip System, LLC
1000 Tower Road • Mundelein, Illinois 60060, U.S.A.
Phone: +1 847-949-2800 • 1-800-872-2547 • Fax: +1 847-949-2815
Website: www.polyclip.com • e-mail: contact@polyclip.us

Page 8 of 8