**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| POLY-CLIP SYSTEM, LLC, an Illinois Limited Liability Company, | ) ) ) | No. 1:25-cv-04757 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BUTTER EMPORIUM, LLC, a Texas Limited Liability Company, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action (including all complaints and counterclaims) is voluntarily dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 12, 2025

**COUNSEL FOR
PLAINTIFF/COUNTER-DEFENDANT**

*s/ William F. Dolan*
William F. Dolan
**FisherBroyles, LLP**
203 N. LaSalle Steet
Chicago, IL 60601
William.Dolan@FisherBroyles.com

**COUNSEL FOR
DEFENDANT/COUNTER-PLAINTIFF**

*s/ Míle Knabe*
Míle Knabe
**Marcus & Boxerman**
20 North Clark St., Ste. 3300
Chicago, Illinois 60602
mknabe@marcusboxerman.com

**CERTIFICATE OF SERVICE**

I, William F. Dolan, certify that I electronically filed the attached document with the Clerk of the Court using the CM/ECF system on November 12, 2025.

Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois LR 5.9, I have thereby electronically served all Filing Users with a copy of the attached document.

November 12, 2024

*s/ William F. Dolan*

William F. Dolan
*Counsel for Plaintiff*
