## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Poly–Clip System, LLC

                Plaintiff,

v.

Butter Emporium, LLC

                Defendant.

Case No.: 1:25–cv–04757
Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Stipulation to Dismiss [24], this case is dismissed with prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.